# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 11-1310

_____

Richard E. Marks,                             *
                                              *
              Appellant,                      *
                                              *    Appeal from the United States
      v.                                      *    District Court for the
                                              *    Eastern District of Arkansas.
T. C. Outlaw, Warden, FCI - Forrest           *
City,                                         *    [UNPUBLISHED]
                                              *
              Appellee.                       *

_____

Submitted: June 21, 2011
Filed: June 29, 2011

_____

Before WOLLMAN, BOWMAN, and SMITH, Circuit Judges.

_____

PER CURIAM.

Richard Marks appeals the district court's[1] dismissal without prejudice of his 28 U.S.C. § 2241 petition. Having carefully reviewed the record and considered Marks's arguments, we conclude that dismissal was proper for the reasons stated by the district court, and that the arguments raised on appeal provide no basis for reversal. Accordingly, the judgment is affirmed. See 8th Cir. R. 47B.

_____

_____

[1]The Honorable Brian S. Miller, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Jerry W. Cavaneau, United States Magistrate Judge for the Eastern District of Arkansas.